

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUANGZHOU CSSC – OCEANLINE - GWS
MARINE ENGINEERING CO., LTD.,

        Plaintiff,

-against-

UNIVAN SHIP MANAGEMENT LIMITED,
WISEBERG HOLDINGS LTD., AND
EWANTAS OIL SDN BHD,

        Defendants.

08 Civ.

RULE 7.1 STATEMENT



Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff GUANGZHOU CSSC – OCEANLINE - GWS MARINE ENGINEERING CO., LTD., certify that, according to information provided to counsel by its client, GUANGZHOU CSSC – OCEANLINE - GWS MARINE ENGINEERING CO., LTD., is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:    New York, New York
             July 11, 2008

                                  The Plaintiff,
                                  GUANGZHOU CSSC – OCEANLINE – GWS
                                  MARINE ENGINEERING CO., LTD.

                                  By: _____
                                  Patrick F. Lennon
                                  Kevin J. Lennon
                                  LENNON, MURPHY & LENNON, LLC
                                  420 Lexington Avenue, Suite 300
                                  New York, NY 10170
                                  (212) 490-6050 - phone
                                  (212) 490-6070 – facsimile
                                  pfl@lenmur.com
                                  kjl@lenmur.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUANGZHOU CSSC – OCEANLINE - GWS MARINE ENGINEERING CO., LTD., <br><br> Plaintiff, <br><br> -against- <br><br> UNIVAN SHIP MANAGEMENT LIMITED, WISEBERG HOLDINGS LTD., AND EWANTAS OIL SDN BHD, <br><br> Defendants. | 08 Civ. 6299 (LAK) <br><br> **AMENDED RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff GUANGZHOU CSSC – OCEANLINE - GWS MARINE ENGINEERING CO., LTD., certify that, according to information provided to counsel by its client, Plaintiff is a joint venture among which China CSSC Holdings Limited owns 54% of its shares its and Ocean Line Holding Limited owns 46% of its shares. China CSSC Holdings Limited is a publicly listed company in Shanghai, China.

Dated:     New York, New York
           July 16, 2008

                              The Plaintiff,
                              GUANGZHOU CSSC – OCEANLINE – GWS
                              MARINE ENGINEERING CO., LTD.

                        By: _____/s/ Patrick F. Lennon_____
                              Patrick F. Lennon
                              Kevin J. Lennon
                              LENNON, MURPHY & LENNON, LLC
                              420 Lexington Avenue, Suite 300
                              New York, NY 10170
                              (212) 490-6050 - phone
                              (212) 490-6070 – facsimile
                              pfl@lenmur.com
                              kjl@lenmur.com