UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUANGZHOU CSSC – OCEANLINE - GWS MARINE ENGINEERING CO., LTD., <br><br> Plaintiff, <br><br> -against- <br><br> UNIVAN SHIP MANAGEMENT LIMITED, WISEBERG HOLDINGS LTD., AND EWANTAS OIL SDN BHD, <br><br> Defendants. | 08 Civ. 6299 (LAK) <br><br> **AMENDED RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff GUANGZHOU CSSC – OCEANLINE - GWS MARINE ENGINEERING CO., LTD., certify that, according to information provided to counsel by its client, Plaintiff is a joint venture among which China CSSC Holdings Limited owns 54% of its shares its and Ocean Line Holding Limited owns 46% of its shares. China CSSC Holdings Limited is a publicly listed company in Shanghai, China.

Dated:     New York, New York
           July 16, 2008

                                      The Plaintiff,
                                      GUANGZHOU CSSC – OCEANLINE – GWS
                                      MARINE ENGINEERING CO., LTD.

                                      By: _/s/ Patrick F. Lennon_____
                                      Patrick F. Lennon
                                      Kevin J. Lennon
                                      LENNON, MURPHY & LENNON, LLC
                                      420 Lexington Avenue, Suite 300
                                      New York, NY 10170
                                      (212) 490-6050 – phone
                                      (212) 490-6070 – facsimile
                                      pfl@lenmur.com
                                      kjl@lenmur.com