UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GUANGZHOU CSSC - OCEANLINE - GWS MARINE ENGINEERING CO., LTD.,

               Plaintiff,

- against -

UNIVAN SHIP MANAGEMENT LIMITED
WISEBERG HOLDINGS LTD., AND
EWANTAS OIL SDN BHD.

               Defendants

Case No. 08 CV 6299 (LAK)

**NOTICE OF LIMITED APPEARANCE**

---

PLEASE TAKE NOTICE, that UNIVAN SHIP MANAGEMENT LIMITED, a Defendant in the above-captioned action, has appointed as counsel:

    WATSON, FARLEY & WILLIAMS (NEW YORK) LLP
    Alfred E. Yudes, Jr. (AEY-4152)
    Neil A. Quartaro (NAQ-9640)
    100 Park Avenue, 31st Floor
    New York, NY 10017
    Tel: (212) 922-2200
    Fax: (212) 922-1512

And henceforth all pleadings and correspondence are to be served on counsel at the address above:

               WATSON, FARLEY & WILLIAMS (NEW YORK) LLP

               By: _/s/ Neil Quartaro_
               Alfred E. Yudes, Jr. (AEY-4152)
               Neil A. Quartaro (NAQ-9640)
               100 Park Avenue, 31st Floor
               New York, NY 10017
               Tel: (212) 922-2200
               Fax: (212) 922-1512

19100225 v1