UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUANGZHOU CSSC - OCEANLINE - GWS MARINE ENGINEERING CO., LTD., <br><br> Plaintiff, <br><br> - against - <br><br> UNIVAN SHIP MANAGEMENT LIMITED WISEBERG HOLDINGS LTD., AND EWANTAS OIL SDN BHD. <br><br> Defendants | Case No. 08 CV 6299 (LAK) <br> **NOTICE OF LIMITED APPEARANCE** |

PLEASE TAKE NOTICE, that UNIVAN SHIP MANAGEMENT LIMITED, a Defendant in the above-captioned action, has appointed as counsel:

> WATSON, FARLEY & WILLIAMS (NEW YORK) LLP
> Alfred E. Yudes, Jr. (AEY-4152)
> Neil A. Quartaro (NAQ-9640)
> 100 Park Avenue, 31st Floor
> New York, NY 10017
> Tel: (212) 922-2200
> Fax: (212) 922-1512

And henceforth all pleadings and correspondence are to be served on counsel at the address above:

> WATSON, FARLEY & WILLIAMS (NEW YORK) LLP
>
> By: _/s/ Neil Quartaro_
> Alfred E. Yudes, Jr. (AEY-4152)
> Neil A. Quartaro (NAQ-9640)
> 100 Park Avenue, 31st Floor
> New York, NY 10017
> Tel: (212) 922-2200
> Fax: (212) 922-1512

19100225 v1