UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUANGZHOU CSSC - OCEANLINE - GWS MARINE ENGINEERING CO., LTD.,

                                Plaintiff,

- against -

UNIVAN SHIP MANAGEMENT LIMITED
WISEBERG HOLDINGS LTD., AND
EWANTAS OIL SDN BHD.

                                Defendants

Case No. 08 CV 6299 (LAK)

**RULE 7.1 DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, in order to enable the Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, I, Neil A. Quartaro, a member of the Bar of this Court and an attorney with the firm of Watson, Farley & Williams (New York) LLP, attorneys for Defendant Univan Ship Management Limited, certify upon information and belief that said Defendant is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of the parties which are otherwise publicly held in the United States.

                              WATSON, FARLEY & WILLIAMS (NEW YORK) LLP

By: _____
Alfred E. Yudes, Jr. (AEY-4152)
Neil A. Quartaro (NAQ-9640)
100 Park Avenue, 31st Floor
New York, NY 10017
Tel: (212) 922-2200
Fax: (212) 922-1512

19100230 v1