UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUANGZHOU CSSC - OCEANLINE - GWS MARINE ENGINEERING CO., LTD., | Case No. 08 CV 6299 (LAK) |
| Plaintiff, | **NOTICE OF MOTION** |
| - against - | |
| UNIVAN SHIP MANAGEMENT LIMITED WISEBERG HOLDINGS LTD., AND EWANTAS OIL SDN BHD. | |
| Defendants | |

Please take notice that, pursuant to Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims, Rule E(4)(f), undersigned counsel for Defendant UNIVAN SHIP MANAGEMENT LIMITED will move the Court for a prompt hearing at which Plaintiff must demonstrate its entitlement to the *ex parte* relief obtained in this matter.

WATSON, FARLEY & WILLIAMS (NEW YORK) LLP

By: _____
Alfred E. Yudes, Jr. (AEY-4152)
Neil A. Quartaro (NAQ-9640)
100 Park Avenue, 31st Floor
New York, NY 10017
Tel: (212) 922-2200
Fax: (212) 922-1512

19100224 v1