

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUANGZHOU CSSC - OCEANLINE - GWS
MARINE ENGINEERING CO., LTD.,

                    Plaintiff,

- against -

UNIVAN SHIP MANAGEMENT LIMITED
WISEBERG HOLDINGS LTD., AND
EWANTAS OIL SDN BHD.

                    Defendants

Case No. 08 CV 6299 (LAK)

**AFFIDAVIT OF CAPT. C.A.
VANDERPERRE IN
SUPPORT OF
DEFENDANT'S MOTION
TO VACATE
ATTACHMENT**

Captain C.A. Vanderperre, being duly sworn, deposes and says pursuant to the penalties of perjury under the laws of the United States of America:

1.    I am a Director for Defendant UNIVAN SHIP MANAGEMENT LIMITED ("Univan"). I have been involved in the commercial operation of ocean-going vessels for ___ years, and make this Declaration in Support of Defendant's Motion to Vacate Attachment based on personal knowledge and a review of the underlying documents, except for those matters stated to be upon information and belief, and as to those matters I believe them to be true.

2.    Univan is a ship management company organized under the laws of Hong Kong, China, that provides assistance to the owners of ocean-going vessels in managing their vessels. Univan does not own any vessels. Ship management companies are common in the maritime industry and I believe it is widely recognized in that industry that ship management companies are operating on behalf of ship-owning principals.

3.    Univan is wholly owned by the Vanlink Group Limited, of the British Virgin Islands. The Directors of Univan are myself and Yick Kuen Lo. Attached hereto as Exhibit 1 is a true and correct copy of the publicly-available 2008 Univan Annual Return filed in Hong Kong.

C. Foonthon rue
Reg. No./ ทะเบียนเลขที่ 304/2546
Commission Expires / ทะเบียนหมดอายุ
Date / วันที่ 0 1 AUG 2009

19100226 v1



4. Univan has offices at Suite 801, 8th Floor, Asian House, 1 Hennessey Rd., Wanchai, Hong Kong. These offices are not shared with the other Defendants to this action, WISEBERG HOLDING LTD. ("Wiseberg"), and/or EWANTAS OIL SDN BHD. ("Ewantas"). Neither Wiseberg nor Ewantas share ownership, management, office space, addresses, directors, employees telephone numbers telefax numbers, and/or email addresses with Univan.

5. Univan acted as technical manager for Wiseberg Holdings in arranging for the dry-docking of M/T DIANA, an ocean-going tanker owned by Wiseberg, at a facility owned by Plaintiff GUANGZHOU CSSC - OCEANLINE - GWS MARINE ENGINEERING CO., LTD. ("Plaintiff"). In doing so, Univan was acting as agent only.

6. The correspondence between Univan and Plaintiff shows that Plaintiff was aware at all times that Univan was acting as agent only for the owner, whose identity was disclosed to Plaintiff on numerous occasions and is easily ascertainable. For example, the November 24, 2007, email from Univan to Plaintiff confirming that the dry-dock was booked states:

> We are pleased to inform you that the owners have send [sic] their confirmation for booking the dry dock space for the subject vessel at [Plaintiff's dry-dock facility].

Furthermore, the November 24, 2007, email was signed by Univan as "Univan Ship Management As Agent Only". Attached hereto as Exhibit 2 is a true and correct copy of the November 24, 2007, email from Univan to Plaintiff

7. Plaintiff was aware that Univan was acting for owner, and responded to the above email on November 26, 2007, asking that Univan "kindly inform owner that we accept their firm booking order . . .". Attached hereto as Exhibit 3 is a true and correct copy of the November 26, 2007, email.

8. Univan did not at any time issue to Plaintiff a guarantee of payment for the work preformed by Plaintiff on M/T DIANA.



Reg. No./ ทะเบียนเลขที่ 304/2546
Commission Expires / ทะเบียนหมดอายุ
0 1 AUG 2009
Date / วันที่ ..................................

2

19100226 v1

9.    I am unfamiliar with any business entity named "Ewantas Oil Sdn Bhd." and do not believe that entity, if it exists, has any involvement in the instant matter.

10.    Upon information and belief, Plaintiff's references to "Ewantas Oil" in the Verified Complaint apparently refers to Kwantas Oil Sdn Bhd., ("Kwantas Oil").

11.    Upon information and belief, Kwantas Oil is a publicly traded entity on the Kuala Lumpur, Malaysia, stock exchange. Kwantas Oil is not owned or controlled by Univan and Univan has no equity position in Kwantas Oil or any of its affiliated companies.

12.    I understand that Kwantas Oil and Wiseberg have a commercial relationship and that Kwantas remitted certain sums in relation to the dry-dock invoice at issue, but I do not know the exact nature of this relationship.

13.    Kwantas Oil does not hold or transfer monies on behalf of Univan.

14.    Kwantas Oil has never made a payment on behalf of Univan.

15.    Univan and Kwantas Oil have no common ventures, are not partners in any business organizations anywhere in the world, are not affiliated in any way, and Kwantas Oil does not hold any assets belonging to Univan.

I declare under penalty of perjury of the law of the United States that the foregoing is true and correct.

Dated: Bangkok, Thailand
July 21, 2008

CAPT. C.A. VANDERPERRE



Subscribed and sworn to before me this 21st Day of July, 2008

C. Proonthonsitroe
Notary Public

Reg. No./ ทะเบียนเลขที่ 304/2546
Commission Expires / ทะเบียนหมดอายุ
Date / วันที่ ...0.1...AUG..2009.............

3

19100226 v1



**Reg. No.304/2546**

หนังสือรับรอง

# CERTIFICATE

หนังสือรับรองฉบับนี้ให้ไว้เพื่อแสดงว่า

This is to certify that

*นายนพคุณ  พุ่มทองตรู*

*Mr. Noppakoon  Poomthongtroo*

ใบอนุญาตให้เป็นทนายความเลขที่  5232/2529

**an Attorney at Law, License No. 5232/2529**

ได้รับการขึ้นทะเบียนเป็นทนายความผู้ทำคำรับรองลายมือชื่อและเอกสาร

**has been registered as a Notarial Services Attorney qualified  to  certify signatures and  documents**

ตามข้อกำหนดว่าด้วยการขึ้นทะเบียนเป็นทนายความผู้ทำคำรับรอง
ลายมือชื่อและเอกสาร พ.ศ. 2546

**pursuant to the Regulations on Registration as an  Attorney Qualified to Certify Signatures and  Documents B.E. 2546**

หนังสือรับรองฉบับนี้มีผลถึงวันที่ 1 สิงหาคม 2552

**This Certificate is valid until August 1, 2009**

ให้ไว้ ณ วันที่ 12 มิถุนายน 2550

**Given on June 12, 2007**

Reg. No. / ทะเบียนเลขที่ 304/2546

Commission Expires / ทะเบียนหมดอายุ

Date / วันที่ **0 1 AUG 2009**

นายบุญมา เตชะวณิช

ผู้อำนวยการ

*Mr. Boonma  Tejavanija*

**Director**

สำนักงานทะเบียนแบบการรับรองลายมือชื่อและเอกสาร  สภาทนายความ

The Registry of  Signatures and Documents Attestation  Lawyers Council of Thailand



**Certified True Copies**

(Mr.Noppakoon Poomthongtroo)

# Exhibit 1



公司註冊處
**Companies Registry**

周年申報表
**Annual Return**

《《公司條例》第 107(1)條》
(Companies Ordinance s. 107(1))

表格 **AR1**
Form

重要事項 **Important Notes**
- 填表前請參閱（填表須知）。
  請用黑色墨水列印。
- Please read the accompanying notes before completing this form.
  Please print in black ink.

公司編號 **Company Number**

| 42707 |

**1** 公司名稱 **Company Name**

| Univan Ship Management Limited |

(註 Note 8) **2** 商業名稱 **Business Name**

| N/A |

**3** 公司類別 **Type of Company**

請在適用的空格內加 ✓ 號 *Please tick the relevant box*

| ✓ | 有股本的私人公司<br>Private Company having a share capital | | 其他<br>Others |

**4** 本申報表日期 **Date of this Return**

本申報表列載公司截至右列日期為止的資料
The information in this Return is made up to

| 9 | 5 | 2008 |
| 日 DD | 月 MM | 年 YYYY |

*(如屬有股本的私人公司，本申報表應列載截至公司成立為法團的周年日期的
資料。如屬其他公司，所列載的資料則應發至公司周年大會日期或以代替周年
大會的書面決議的日期為止。*
*For a private company having a share capital, the information in this Return should
be made up to the anniversary of the date of incorporation. For other companies,
the information should be made up to the date of the annual general meeting
(AGM) or the date of written resolution passed in lieu of AGM.)*

(註 Note 9) **5** 註冊辦事處地址 **Address of Registered Office**

| Suite 801, 8/F., Asian House, 1 Hennessy Road, Wanchai, Hong Kong. |

(註 Note 10) **6** 電郵地址 **E-mail Address**

| N/A |

(註 Note 3) 提交人的資料 **Presentor's Reference**

姓名 Name: Kinetic Corporate Services Limited

地址 Address: Room 2210, C C Wu Building,
302 Hennessy Road,
Wanchai, Hong Kong.

電話 Tel: 2891 2121    傳真 Fax: 2891 7007

電郵地址 E-mail Address:

檔號 Reference: UNV

說明編號 4/2007(修訂) (2007 年 12 月)
Specification No. 4/2007 (Revision) (Dec. 2007)

請勿填寫本欄 **For Official Use**
Your Receipt
Companies Registry
H.K.

14/05/2008 16:23:41
Submission No.:        224076514/7
CR NO.:                  0042707
Sh. Form.:                  AR1L
----------
Revenue Code            Amount(HKD)
----------              ----------------
07                          $105.00
----------
Receipt No.  Method     Amount(HKD)
----------  --------    ----------------
242240121091 Chq           $105.00
----------
Total Paid                 $105.00
                        ================

表格 **AR1**
Form

公司編號 Company Number

**42707**

**7  按揭及押記 Mortgages and Charges**

截至本申報表日期，所有須根據《公司條例》第 80 及第 82 條規定向公司註冊處處長登記的按揭及押記的未償還總額
Total Amount outstanding as of the Date of this Return on all mortgages and charges which are required to be registered with the Registrar of Companies pursuant to sections 80 and 82 of the Companies Ordinance

**N/A**

(註 Note 11)  **8  無股本公司的成員數目 Number of Member(s) of a Company Not Having a Share Capital**
*(有股本的公司無需填報此項 Company having a share capital need not complete this section)*

截至本申報表日期的成員數目
Number of member(s) as at the Date of this Return      **N/A**

Note 12)  **9  股本 Share Capital**
*(無股本的公司無需填報第 9 及第 10 項 Company not having a share capital need not complete sections 9 & 10)*

| | 截至本申報表日期 As at the Date of this Return | | | | |
|---|---|---|---|---|---|
| | 法定股本<br>Authorized<br>Share Capital | 已發行股本<br>Issued Share Capital | | | |
| 股份類別<br>Class of Shares | 總面值<br>*Total*<br>Nominal Value † | 已發行<br>股份數目<br>Number of<br>Shares Issued<br><br>(a) | 每股已<br>發行股份<br>的面值<br>Nominal Value<br>of Each Share<br>Issued †<br>(b) | 已發行股份的<br>總面值<br>*Total* Nominal<br>Value of Shares<br>Issued †<br>(a) x (b) | 已發行股份的<br>已繳股款總值<br>(不包括溢價)<br>*Total* Paid up Value<br>of Shares Issued †<br>(excluding premium) |
| **Ordinary** | **HKD 1,000.00** | **1,000** | **HKD 1.00** | **HKD 1,000.00** | **HKD 1,000.00** |
| | | | | | |
| | | | | | |
| | | | | | |
| 總值<br>Total | **HKD 1,000.00** | **1,000** | | **HKD 1,000.00** | **HKD 1,000.00** |

† 請註明貨幣單位(例如：港元、美元)
  Please specify the currency (e.g. HKD, USD)

指明編號 4/2007(修訂) (2007 年 12 月)
Specification No. 4/2007 (Revision) (Dec. 2007)

表格 **AR1**
Form

公司編號 Company Number

**42707**

(往 Note 13) **10 有股本公司的成員詳情 Details of Member(s) of a Company Having a Share Capital**
*(有股本的公司必須填報此項。如未敷盤線於下列表格內，請用續頁A 填報。 Company having a share capital must complete this section. Use Continuation Sheet A if there is insufficient space.)*

截至本申報表日期的成員詳情　Details of Member(s) as at the Date of this Return

股份類別 Class of Shares  |  **Ordinary**

|  |  | 股份 Shares | | | |
|---|---|---|---|---|---|
| 姓名／名稱<br>Name | 地址<br>Address | 現時持有量<br>Current<br>Holding | 轉讓 *<br>Transferred * | | 備註<br>Remarks |
|  |  |  | 數目<br>Number | 日期<br>Date |  |
| Vanlink Group<br>Limited | P.O. Box 71,<br>Craigmuir Chambers,<br>Road Town, Tortola,<br>British Virgin Islands. | 999 |  |  |  |
| Bretton Limited | 80, Broad Street, Monrovia,<br>Liberia. | 1 |  |  |  |
|  | HELD ON TRUST FOR<br>VANLINK GROUP LTD. |  |  |  |  |
|  | 總數<br>Total | **1,000** |  |  |  |

＊ 如公司的股份自上一份周年申報表日期以來 (如屬首份周年申報表，則自公司成立爲法團以來)
有任何轉讓，有關詳情亦請一併申報；股份受讓人的姓名／名稱請左「備註」一欄註明。
＊ If there have been any transfers of the company's shares since the date of the last Annual Return (or since
incorporation if this is the first Annual Return), please also provide details of the transfers; the name of the transferee
should be stated in the 'Remarks' column.

第三頁 Page 3

指明編號 4/2007(修訂) (2007 年 12 月)
Specification No. 4/2007 (Revision) (Dec. 2007)

表格
Form **AR1**

公司編號 Company Number

**42707**

**11 秘書 Secretary**

A. 個人秘書 Individual Secretary
(如超過一名個人秘書，請用續頁 B 填報  Use Continuation Sheet B if more than 1 Individual secretary)

| | | |
|---|---|---|
| 中文姓名<br>Name in Chinese | | |
| 英文姓名<br>Name in English | | |
| | 姓氏 Surname | 名字 Other Names |
| 前用姓名<br>Previous Names | | |
| 別名<br>Alias | | |

(註 Note 14)  香港住址<br>Hong Kong<br>Residential<br>Address

(註 Note 15)  電郵地址<br>E-mail Address

(註 Note 16)  身份證明 Identification
a  香港身份證號碼<br>Hong Kong Identity Card Number

b  海外護照<br>Overseas Passport

簽發國家 Issuing Country    號碼 Number

B. 法人團體秘書 Corporate Secretary
(如超過一名法人團體秘書，請用續頁 B 填報  Use Continuation Sheet B if more than 1 corporate secretary)

(註 Note 17)  中文名稱<br>Name in Chinese    堅力工商管理服務有限公司

(註 Note 17)  英文名稱<br>Name in English    **Kinetic Corporate Services Limited**

(註 Note 18)  香港地址<br>Hong Kong<br>Address    **Room 2210, C C Wu Building, 302 Hennessy Road, Wanchai, Hong Kong.**

(註 Note 15)  電郵地址<br>E-mail Address

公司編號 Company Number
(只適用於在香港註冊的法人團體)
(Only applicable to body corporate registered in Hong Kong)

**126682**

指明規號 4/2007(修訂) (2007 年 12 月)
Specification No. 4/2007 (Revision) (Dec. 2007)

表格 **AR1**
Form

公司編號 Company Number

42707

12　董事 Director

A. 個人董事 Individual Director
(如超過一名個人董事，請用續頁 C 填報　Use Continuation Sheet C if more than 1 individual director)

(註 Note 19)

請在適用的空格內加 ✓ 號　Please tick the relevant box(es)

| 身份 Capacity | ✓ 董事 Director | ☐ 候補董事 Alternate Director | 代替 Alternate to |

中文姓名
Name in Chinese

英文姓名
Name in English

| **Vanderperre** | **Charles Arthur Joseph** |
| 姓氏 Surname | 名字 Other Names |

前用姓名
Previous Names

別名
Alias

(註 Note 20)

住址
Residential
Address

**Flat 17B, Visalia Garden,
48 MacDonnell Road, Hong Kong.**

國家 Country

(註 Note 21)

電郵地址
E-mail Address

(註 Note 22)

身份證明 Identification

a　香港身份證號碼
　　Hong Kong Identity Card Number

**XD325693(1)**

b　海外護照
　　Overseas Passport

| 簽發國家 Issuing Country | 號碼 Number |

表格
Form **AR1**

(續頁 C   Continuation Sheet C)

本申報表日期 Date of Return

| 9 | 5 | 2008 |
|---|---|------|
| 日 DD | 月 MM | 年 YYYY |

公司編號 Company Number

**42707**

個人董事詳情 （第 12A 項）   Details of Individual Director (Section 12A)

(註 Note 19)

請在適用的空格內加 ✓ 號 Please tick the relevant box(es)

身份
Capacity

[✓] 董事 Director      [ ] 候補董事 Alternate Director      代替 Alternate to

中文姓名
Name In Chinese

| 盧 | 奕 權 |

英文姓名
Name in English

| Lo | Yick Kuen |
|----|-----------|
| 姓氏 Surname | 名字 Other Names |

前用姓名
Previous Names

別名
Alias

(註 Note 20)

住址
Residential
Address

Flat 5, 37/F., Block L, Sunshine City,
Ma On Shan, New Territories.

國家 Country

(註 Note 21)

電郵地址
E-mail Address

(註 Note 22)

身份證明 Identification

a  香港身份證號碼
   Hong Kong Identity Card Number

**E346585(7)**

b  海外護照
   Overseas Passport

| | |
|---|---|
| 簽發國家 Issuing Country | 號碼 Number |

指明規格 4/2007(修訂) (2007 年 12 月)
Specification No. 4/2007 (Revision) (Dec. 2007)

表格 **AR1**
Form

**12 董事 Director** (接上頁 cont'd)

**B. 法人團體董事 Corporate Director**

*(如超過兩名法人團體董事，請用續頁 D 填報  Use Continuation Sheet D if more than 2 corporate directors)*

*請在適用的空格內加 ✓ 號  Please tick the relevant box(es)*

| (註 Note 19) | 1 | 身份<br>Capacity | ☐ 董事<br>Director | ☐ 候補董事<br>Alternate Director | 代替 Alternate to |
| | | 中文名稱<br>Name in Chinese | N/A | | |
| | | 英文名稱<br>Name in English | | | |
| (註 Note 23) | | 地址<br>Address | | | 國家 Country |
| (註 Note 21) | | 電郵地址<br>E-mail Address | | | |
| | | 公司編號 Company Number<br>*(只適用於在香港註冊的法人團體)*<br>*(Only applicable to body corporate registered in Hong Kong)* | | | |

*請在適用的空格內加 ✓ 號  Please tick the relevant box(es)*

| (註 Note 19) | 2 | 身份<br>Capacity | ☐ 董事<br>Director | ☐ 候補董事<br>Alternate Director | 代替 Alternate to |
| | | 中文名稱<br>Name in Chinese | | | |
| | | 英文名稱<br>Name in English | | | |
| (註 Note 23) | | 地址<br>Address | | | 國家 Country |
| (註 Note 21) | | 電郵地址<br>E-mail Address | | | |
| | | 公司編號 Company Number<br>*(只適用於在香港註冊的法人團體)*<br>*(Only applicable to body corporate registered in Hong Kong)* | | | |

指明編號 4/2007(修訂) (2007 年 12 月)
Specification No. 4/2007 (Revision) (Dec. 2007)

表格 **AR1**
Form

公司編號 Company Number

42707

12 董事 Director (樓上頁 cont'd)

### C. 備任董事 Reserve Director
(只適用於只有一名成員而該成員同時亦是唯一董事的私人公司  Only applicable to a private company with only one member who is also the sole director of the company)

| 中文姓名<br>Name in Chinese | **N/A** |
|---|---|

| 英文姓名<br>Name in English | | |
|---|---|---|
| | 姓氏 Surname | 名字 Other Names |

| 前用姓名<br>Previous Names | |
|---|---|

| 別名<br>Alias | |
|---|---|

(註 Note 20)

| 住址<br>**Residential**<br>**Address** | |
|---|---|
| | 國家 Country |

(註 Note 21)

| 電郵地址<br>E-mail Address | |
|---|---|

(註 Note 22)

身份證明 Identification

a  香港身份證號碼
Hong Kong Identity Card Number

| | |
|---|---|

b  海外護照
Overseas Passport

| | |
|---|---|
| 簽發國家 Issuing Country | 號碼 Number |

指明編號 4/2007(修訂) (2007 年 12 月)
Specification No. 4/2007 (Revision) (Dec. 2007)

表格
Form **AR1**

公司編號 Company Number

**42707**

13 登記冊 Registers

公司備存下列登記冊的地址(如並非備存於第 5 項的註冊辦事處內)
Address where the following registers of the company are kept (if not kept at the Registered Office in Section 5)

登記冊 Register        地址 Address

a   成員登記冊          **N/A**
    Register of Members

b   債權證持有人登記冊
    (如有的話)           **N/A**
    Register of Debenture
    Holders (if any)

(註 Note 24) 14   隨本表格提交的帳目所涵蓋的會計期
**Period Covered by Accounts Submitted with this Form**

(私人公司無需填報此項 A private company need not complete this section)

| 日 DD | 月 MM | 年 YYYY | 至 To | 日 DD | 月 MM | 年 YYYY |
|---|---|---|---|---|---|---|
| | | | | | | |

15   證明書 Certificate

(此項證明只適用於私人公司。如不適用，請刪去此項。)
(This Certificate should only be completed in respect of a private company.   If not applicable, please delete.)

本人證明公司自上一份周年申報表日期以來(如屬首份周年申報表，則自成立為法團以來)，並無發出任何文件，邀請公眾人士認購公司任何股份或債權證；同時如成員數目於本申報表日期超過五十，則所超出的成員，全是根據《公司條例》第 29(1)(b)條不須計算入該五十名額內的人士。
I certify that the company has not, since the date of the last Annual Return (or since incorporation if this is the first Annual Return), issued any invitation to the public to subscribe for any shares or debentures in the company and that if the number of members is in excess of 50 as at the Date of this Return, the excess are persons who under section 29(1)(b) of the Companies Ordinance are not to be included in the calculation of 50.

(註 Note 25) 16   公司註冊處發出的《有關董事責任的非法定指引》
**'Non-statutory Guidelines on Directors' Duties' issued by the Companies Registry**

所有在本申報表涵蓋期間內的任何時間在職的公司董事，均已在該段期間開始前或在他們各自獲委任前，獲發給公司註冊處所編製的《有關董事責任的非法定指引》的最新版本，以供參閱和參考。
All directors of the company in office at any time during the period covered by this return have, either before the commencement of the period or before their respective appointments, been supplied with a copy of the latest version of the 'Non-statutory Guidelines on Directors' Duties' published by the Companies Registry, for their information and reference.

本申報表包括 _____ 張續頁 A，_____ 張續頁 B，_____ 張續頁 C 及 _____ 張續頁 D，
This Return includes ____--____ Continuation Sheet(s) A, ____--____ Continuation Sheet(s) B, ____1____ Continuation Sheet(s) C and ____--____ Continuation Sheet(s) D.

簽署 Signed :

姓名 Name  :   Charles Arthur Joseph Vanderperre        日期 Date  : _____9_____  _____5_____  ___2008___
            董事 Director／秘書 Secretary *                                    日 DD  /  月 MM  /  年 YYYY

*請刪去不適用者   Delete whichever does not apply

第八頁 Page 8

拍明編號 4/2007(修訂) (2007年 12月)
Specification No. 4/2007 (Revision) (Dec. 2007)

# Exhibit 2

**From:** Bharat Sharma [mailto:fleeta@univan.com.hk]
**Sent:** Saturday, November 24, 2007 10:09
**To:** 'Marland - Shiprepair'
**Cc:** 'Bharat Sharma'
**Subject:** RE: M.T.DIANA - CONFIRMATION OF BOOKING DD SPACE

To: Marland- Shiprepair
Kind Attn: Mr. Tony IP
From: Univan Ship Management Ltd
        Fleet A / Hong Kong
Regarding: M.T. DIANA
Subject: Regarding yard confirmation

Dear Tony,

Good day to you,


We are pleased to inform you that the owners have send their confirmation for booking the dry
dock space for the subject vessel at **Guangzhou CSSC-Oceanline GWS Marine Engineering
Co. ( Ex Guangzhou Wenchong Shipyard).**

**We request you to kindly send confirmation from yard side regarding taking the vessel in
yard on 04/02/2008.**

We are looking forward to good working relationship with you & the yard in the near future.

Kindly acknowledge the receipt of this message & your prompt reply in this regard will be highly
appreciated.

Best regards
Bharat Sharma / Technical superintendent
For, Univan Ship Management
As Agent Only
Add: Suite 801, 8th Floor, Asian House,
1, Hennessy Road, Wanchai Hong Kong
Mobile: +852-9147 9150
Tel: +852 - 2527 0058 (Extn, 25)
Fax: +852 - 2861 0742
Email: fleeta@univan.com.hk

Exhibit 3

NKJ - 91-6246 222 373 # 292
91-9431015720

**From:** Marland - Shiprepair [mailto:shiprepair@marland.com.hk]
**Sent:** Monday, November 26, 2007 09:41
**To:** fleeta@univan.com.hk
**Cc:** shiprepair@gzdock.com; 'Bharat Sharma'
**Subject:** M.T.DIANA - CONFIRMATION OF BOOKING DD SPACE

To : Univan Ship Management Co.
Attn : Mr. Bharat Sharma
Subject ; m/t "DIANA" - Docking / Repair ( Updated Quotation )

Dear Mr. Bharat Sharma san,

Good morning.
Re your e-mail we thank you very much for written firm booking for the above subject
vessel's forthcoming docking repair at Guangzhou CSSC-Oceanline GWS Marine
Engineering Co.
Would like to inform our shipyard principal acknowledge receipt your order and confirm
they will arrange their dock space and make all necessary arrangement in advance. We
have the following e-mail from the shipyard business manager and pleased to copy for
your reference.

Qte
- - -

----- Original Message -----
From: James Zhao
To: Marland - Shiprepair
Cc: linjin
Sent: Monday, November 26, 2007 8:57 AM
Subject: m/v "DIANA" - Accept owner's firm booking order

**Dear Mr.Ip**

**Thanks for your message below**

**Please kindly inform owner that we accept their firm booking order subject
vessel's docking repair in our yard.**

**We will make a proper preparation for accommodate her**

**Thanks / Best Regards**

_____

**James Zhao**
**Marketing Dep.**
**GUANGZHOU CSSC-OCEANLINE-GWS**
**MARINE ENGINEERING CO., LTD.**

Tel:+86 20 82494190
Fax:+86 20 82397534
Mob:+86 13902234210
Un-Qte
------
Please inform your vessel's loacl agent when you appointed and our shipyard can close
contact with them for vessel's latest movement. Thank you.

Good day & best regards
Tony Ip / Marland Technical Services Ltd.
Tel  : 852 - 2571 9322
Mob : 852 - 9451 6189
e-mail : shiprepair@marland.com.hk