CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GUANGZHOU CSSC-OCEANLINE-GWS       :
MARINE ENGINEERING CO., LTD.,      :
                                   :
              Plaintiff,           :   08-CV-6299
                                   :
     v.                            :   **NOTICE OF**
                                   :   **APPEARANCE**
UNIVAN SHIP MANAGEMENT LIMITED,    :
WISEBERG HOLDINGS LTD., AND EWANTAS :
OIL SDN BHD,                       :
                                   :
              Defendants.          :
------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       August 1, 2008

                                        CLARK, ATCHESON & REISERT
                                        Attorneys for Garnishee
                                        Societe Generale New York Branch

                                By:     /s/ Richard J. Reisert
                                        Richard J. Reisert (RR-7118)
                                        7800 River Road
                                        North Bergen, NJ 07047
                                        Tel: (201) 537-1200
                                        Fax: (201) 537-1201