UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUANGZHOU CSSC - OCEANLINE - GWS
MARINE ENGINEERING CO., LTD.,

                        Plaintiff,

- against -

UNIVAN SHIP MANAGEMENT LIMITED
WISEBERG HOLDINGS LTD., AND
EWANTAS OIL SDN BHD.

                        Defendants

Case No. 08 CV 6299 (LAK)
**NOTICE OF WITHDRAWAL**
**OF MOTION TO VACATE**

PLEASE TAKE NOTICE, that UNIVAN SHIP MANAGEMENT LIMITED, a Defendant in the above-captioned action, does hereby withdraw its Motion to Vacate Attachment, filed July 21, 2008.

Dated: New York, New York
       August 18, 2008

                              WATSON, FARLEY & WILLIAMS (NEW YORK) LLP

          By: _____
                Alfred E. Yudes, Jr. (AEY-4152)
                Neil A. Quartaro (NAQ-9640)
                100 Park Avenue, 31st Floor
                New York, NY 10017
                Tel: (212) 922-2200
                Fax: (212) 922-1512