**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUANGZHOU CSSC - OCEANLINE - GWS
MARINE ENGINEERING CO., LTD.,

                      Plaintiff,

- against -

UNIVAN SHIP MANAGEMENT LIMITED
WISEBERG HOLDINGS LTD., AND
EWANTAS OIL SDN BHD.

                      Defendants

Case No. 08 CV 6299 (LAK)
**NOTICE OF WITHDRAWAL
OF MOTION TO VACATE**

PLEASE TAKE NOTICE, that UNIVAN SHIP MANAGEMENT LIMITED, a Defendant in the above-captioned action, does hereby withdraw its Motion to Vacate Attachment, filed July 21, 2008.

Dated: New York, New York
         August 18, 2008

                      WATSON, FARLEY & WILLIAMS (NEW YORK) LLP

                      By: _____
                      Alfred E. Yudes, Jr. (AEY-4152)
                      Neil A. Quartaro (NAQ-9640)
                      100 Park Avenue, 31st Floor
                      New York, NY 10017
                      Tel: (212) 922-2200
                      Fax: (212) 922-1512

GRANTED: _____ 8/21/08
                  USDJ
Paul A. Crotty
Part I

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

19100802 v1